**SO ORDERED**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Catyondia L.M. Ballard | * | Case No.    08-16862 |
| | * | Chapter    7 |
| | * | |
| Debtor | * | |
| ****************************************** | * | |
| Thomasine C. Brown | * | |
| | * | |
| | * | |
| Plaintiff | * | |
| vs. | * | Adversary    No. 09-00817 |
| Catyondia L.M. Ballard | * | |
| | * | |
| | * | |
| Defendant | * | |

## MEMORANDUM TO PARTIES

On June 3, 2010, the court entered an Order Entering Judgment in Favor of Plaintiff with Stay of Execution (the "Judgment Order") [**D.E. No. 24**]. An amended Order was entered on July 22, 2010, to provide for bi-weekly, rather than weekly, payments. By letter dated September, 8, 2010, Plaintiff has advised the court that Defendant has failed to make any payments since July 28, 2010.

Upon review of the record, the court advises the parties that, given Defendant's failure to abide by the agreement reached between them, the stay of execution is rescinded in accordance with the Judgment Order, as amended. Plaintiff, therefore, may proceed with all lawful action to execute upon the judgment entered in her favor in the above-captioned adversary proceeding.

cc: Plaintiff
     Defendant

**End of Memorandum**